UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JONATHAN GRIFFIN, SARAH REID

                              Plaintiffs,                      **JUDGMENT**

                                                         CV 16-5425 (DRH) (SIL)

-against-


THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, SERGEANT BRIAN CAMILLERI,
POLICE OFFICER EVAN ROSENBERG, POLICE OFFICER
DERRICK HALL, POLICE OFFICER STACEY CUNNEEN,
DEPUTY INSPECTOR DONALD RABER,

Defendants.
-----------------------------------------------------------X

**DENIS R. HURLEY, U.S.D.J.**

    This action having been tried by a jury with Denis R. Hurley, United States Senior District Judge, presiding, and the jury having rendered a verdict; it is

    ORDERED AND ADJUDGED that the judgment is entered in favor of plaintiff Jonathan Griffin and against defendant Brian Camilleri in the amount of $50,000.00 compensatory damages and $5,000.00 punitive damages for the total sum of $55,000.00; plus post-judgment interest pursuant to 28 U.S.C. section 1961; and it is

    FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Sarah Reid and against defendant Brian Camilleri in the amount of $20,000.00 compensatory damages and $5,000.00 punitive damages for the total sum of $25,000.00; plus post-judgment interest pursuant to 28 U.S.C. section 1961; and it is

    FURTHER ORDERED AND ADJUDGED that plaintiffs Jonathan Griffin and Sarah Reid

shall not take nothing from the remaining defendants The County of Suffolk, The Suffolk County Police Department, Police Officer Evan Rosenberg, Police Officer Derrick Hall, Police Officer Stacey Cunneen and Deputy Inspector Donald Raber.

Dated: Central Islip, New York
       February 18, 2019

Douglas C. Palmer
Clerk of the Court

By: /s/ Lisa Lundy
      Deputy Clerk